**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE NAAR,<br>Defendant. | Criminal No. 16-307-RMB<br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon Defendant Stephanie Naar's Response [Docket No. 38] to the Court's Order [Docket No. 37] concerning her Motion to Travel [Docket No. 36]. After review of Defendant's Response, and the United States Attorney's Office and the United States Pretrial Services Office raising no objection, and for good cause otherwise shown,

**IT IS**, on this **9th** day of **September** **2026**, hereby:

1. **ORDERED** that Defendant's Motion to Travel [Docket No. 36] is **GRANTED**; and it is further

2. **ORDERED** that Defendant may travel to Japan from October 31, 2026, to November 14, 2026; and it is further

3. **ORDERED** that Defendant may obtain her passport from Pretrial Services in the Eastern District of Missouri and must return her passport to Pretrial Services in the Eastern District of Missouri no later than November 20, 2026; and it is finally

4. **ORDERED** that Defendant shall provide all flight and hotel information for the aforementioned dates to Pretrial Services Officer Michael Bridges.

**/s/ Renée Marie Bumb**
Renée Marie Bumb
Chief United States District Judge